IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LIANNA PATTERSON AND<br>JAMES PATTERSON<br>    Plaintiffs<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE<br>CORPORTION AND JEFFREY ALLEN<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:17-CV-00814-FB |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Lianna Patterson and James Patterson, and Defendants, Liberty Insurance Corporation ("Liberty")—*incorrectly named as Liberty Mutual Insurance Corporation*—and Jeffrey Allen, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue and Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

APPROVED:

LINDOW • STEPHENS • TREAT LLP

By: _____
David R. Stephens
State Bar No. 19146100
Alexander D. Good
State Bar No. 24092433
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com
agood@lstlaw.com

*Counsel for Defendants*

KETTERMAN ROWLAND & WESTLUND

By: _____
Robert A. Pollom
State Bar No. 24041703
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Voluntary Stipulation of Dismissal was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being on this __16th__ day of __October__, 2018 addressed to those who do not receive notice from the Clerk of the Court.

> Robert A. Pollom
> KETTERMAN ROWLAND & WESTLUND
> 16500 San Pedro, Suite 302
> San Antonio, Texas 78232

_____
Alexander D. Good