**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **LIANNA PATTERSON, and JAMES PATTERSON,** ) ) ) | |
| **Plaintiffs,** ) ) ) | |
| **V.** ) ) ) | **CIVIL ACTION NO. SA-17-CA-814-FB** |
| **LIBERTY MUTUAL INSURANCE CORPORATION, and JEFFREY ALLEN,** ) ) ) ) ) | |
| **Defendants.** ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 17th day of October, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE